S. & R. GREENE, INC., Appellant, *v.* HATTIE REALTY CORPORATION, Respondent.

(Argued November 19, 1930; decided December 4, 1930.)

*Harry Bijur* for appellant.
*Bernard Breitbart* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.